Michael W. Shore (*pro hac vice*)
Joseph F. DePumpo(*pro hac vice*)
Glenn E. Janik (*pro hac vice*)
Justin B. Kimble (*pro hac vice*)
SHORE CHAN BRAGALONE LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9110 Telephone
214-593-9111 Facsimile
shore@shorechan.com
jdepumpo@shorechan.com
gjanik@shorechan.com
jkimble@shorechan.com

RONALD OINES (SB No. 145016)
RUTAN & TUCKER LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  (714) 641-5100
Facsimile:   (714) 546-9035
roines@rutan.com
Attorneys for Plaintiff
CALIFORNIA INSTITUTE OF TECHNOLOGY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY<br><br>*Plaintiff,*<br><br>VS.<br><br>CANON U.S.A., INC., CANON, INC., NIKON, INC., NIKON CORP., OLYMPUS AMERICA, INC., OLYMPUS CORP., PANASONIC CORP. OF NORTH AMERICA, PANASONIC CORP., SONY ELECTRONICS, INC., SONY CORP., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG ELECTRONICS CO., LTD.<br><br>*Defendants.* | CASE NO.: CV 08-8637 VBF (VBKx)<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG ELECTRONICS CO., LTD.** |

1  Plaintiff California Institute of Technology ("Caltech") hereby informs the
2  Court that it has resolved its dispute with Defendants Samsung Electronics America,
3  Inc. and Samsung Electronics Co., Ltd. (collectively "Samsung").

4  Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Caltech hereby
5  dismisses with prejudice the claims asserted against Samsung in this action. Caltech
6  and Samsung have agreed that each party will bear its own costs and attorneys' fees
7  relating to the dismissed claims.

Dated: July 16, 2009          Respectfully submitted,

                              Shore Chan Bragalone LLP


                      By:     /s/ Joseph F. DePumpo
                              Joseph F. DePumpo
                              Plaintiff
                              California Institute of Technology