1  Michael W. Shore (*pro hac vice*)
   Joseph F. DePumpo (*pro hac vice*)
2  Glenn E. Janik (*pro hac vice*)
3  Justin B. Kimble (*pro hac vice*)
   Patrick A. Traister (*pro hac vice*)
4  SHORE CHAN BRAGALONE LLP
   Bank of America Plaza
5  901 Main Street, Suite 3300
   Dallas, Texas 75202
6  Telephone: (214) 593-9110
7  Telefax:   (214) 593-9111
   shore@shorechan.com
8  jdepumpo@shorechan.com
   gjanik@shorechan.com
9  jkimble@shorechan.com
10 ptraister@shorechan.com

11 Ronald Oines (SB No. 145016)
   RUTAN & TUCKER LLP
12 611 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-1931
13 Telephone: (714) 641-5100
   Telefax:   (714) 546-9035
14 roines@rutan.com

15 Attorneys for Plaintiff
   CALIFORNIA INSTITUTE OF TECHNOLOGY
16

17              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
18                    WESTERN DIVISION

19 | California Institute of Technology, | CASE NO. CV08-8637-MRP (VBKx)
20 |                                     |
   | Plaintiff,                          | [~~PROPOSED~~] ORDER GRANTING
21 |                                     | AMENDED STIPULATION TO
   | v.                                  | DISMISS DEFENDANTS CANON
22 |                                     | U.S.A., INC. AND CANON INC.
23 | Canon U.S.A., Inc.; Canon Inc.; Nikon,|
   | Inc.; Nikon Corp.; Olympus Imaging   | Honorable Mariana R. Pfaelzer
24 | America Inc.; Olympus Corp.;         | United States District Judge
25 | Panasonic Corp. of North America;   |
   | Panasonic Corp.,                    |
26 |                                     |
27 | Defendants.                         |
28

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Shore Chan Bragalone, LLP
attorneys at law

Before the Court is the Amended Stipulation to Dismiss Defendants Canon U.S.A., Inc. and Canon Inc. (collectively "Canon"). The Court finds that the Amended Stipulation of Dismissal is well taken and is, accordingly, GRANTED.

IT IS THEREFORE ORDERED that: (1) the claims asserted by California Institute of Technology ("Caltech") against Canon U.S.A., Inc. and Canon Inc. in this action are hereby dismissed with prejudice; and (2) the counterclaims asserted by Canon U.S.A., Inc. against Caltech in this action are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that, with respect to costs and fees associated with Caltech and Canon, each are to pay their own costs and attorneys' fees.

SIGNED this __4__ day of __January__, 20_10_

*Mariana R. Pfaelzer*
UNITED STATES DISTRICT JUDGE